[No. 58288-7-I.   Division One.   April 30, 2007.]

MAJESTIK TRUCKING, INC., *Respondent*, v. OBAYASHI
CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-35580-8, Douglass A. North, J., entered
April 28 and May 22, 2006. *Affirmed* by unpublished per
curiam opinion.

[No. 58441-3-I.   Division One.   April 30, 2007.]

CHARLES V. McCLAIN III, *Appellant*, v. WASHINGTON MUTUAL
BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 04-2-13824-6, Richard J. Thorpe, J.,
entered May 19 and June 6, 2006. *Affirmed* by unpublished
per curiam opinion.

[No. 33878-5-II.   Division Two.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRAN SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 04-1-03910-1, Stephanie A. Arend, J., entered
September 23, 2005. *Affirmed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, C.J., and
Penoyar, J.

[No. 34389-4-II.   Division Two.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SILVA,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 05-1-02201-1, Ronald E. Culpepper, J., entered
January 27, 2006. *Reversed* and *remanded* by unpublished
opinion per Quinn-Brintnall, J., concurred in by Van Deren,
A.C.J., and Bridgewater, J.